UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CEMENT MASONS LOCAL 527, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> CAPITAL RESTORATION AND ) <br> PAINTING CO., ) <br> ) <br> Defendant(s). ) | Case No. 4:09CV864 JCH |

## **JUDGMENT**

In accordance with the Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiffs are awarded judgment against Defendant Capital Restoration and Painting Company, in the amount of $4,345.37, plus attorneys' fees and court costs.

Dated this 23rd day of February, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE